UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| NORMAN SEARS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:18-cv-00806-DJH-CHL |
| LINCOLN NATIONAL LIFE INSURANCE CO., | ) ) ) ) |
| Defendant. | ) |

**<u>NOTICE OF SETTLEMENT AND MOTION TO VACATE RULE 16 CONFERENCE</u>**

Comes now Defendant, Lincoln National Life Insurance Co., by counsel, and notifies the Court that the parties have recently reached a settlement of this matter and requests that any pending deadlines be cancelled or stayed, including the Rule 16 scheduling conference set for April 23, 2019 at 9:45 a.m. The parties are finalizing the settlement and anticipate filing a Stipulation of Dismissal within 35 days.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Eric P. Mathisen*
Eric P. Mathisen, IN Bar # 19475-71
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletree.com

Kevin Roberts, KY Bar No. 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.: (317) 916-1300
Fax: (317) 916-9076
kevin.roberts@ogletree.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF SETTLEMENT AND MOTION TO VACATE SETTLEMENT CONFERENCE* was filed electronically on April 17, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Robert A. Florio
    raflorioatty@hotmail.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT AND MOTION TO VACATE SETTLEMENT CONFERENCE* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

    None

    */s/ Eric P. Mathisen*
    Eric P. Mathisen